## EL PUEBLO, DEMANDANTE Y APELADO, *v.* GARCÍA, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda, en causa por infracción a la ley de andamios.

No. 1519.—Resuelto en junio 30, 1920.

APRECIACIÓN DE PRUEBAS—LEY SOBRE ANDAMIOS—PRUEBA SUFICIENTE.—Examinada la prueba se estimó suficiente para demostrar la infracción imputada al acusado consistente en no haber construído un andamio en cierto edificio que levantaba, tal como dispone la ley No. 46 de 1917.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. E. López Tizol.*

Abogado del apelado: *Sr. J. E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

El acusado fué denunciado porque en la construcción de cierto edificio que realizaba, los andamios carecían de seto y barandilla, hecho contrario a la Ley sobre Andamios, tal como quedó enmendada en 1917. Ley No. 46, Leyes de 1917, vol. 2, pág. 351. Celebrado el juicio, la corte lo declaró culpable y le impuso una multa de $25.

No conforme el acusado, apeló para ante esta Corte Suprema y archivó una transcripción de la que forma parte una relación de las pruebas practicadas durante el juicio.

En su alegato sostiene el apelante que la corte sentenciadora erró al apreciar las pruebas. No estamos conformes. No solo se acredita la violación imputada por la prueba del fiscal, si que también por la de la defensa. El propio acusado declaró que cuando los inspectores del Departamento del Trabajo notaron la falta, él alegó que no existía; que fué entonces al propio departamento y allí se convenció de que el andamio estaba mal construído y mandó entonces a arreglarlo debidamente.

En tal virtud, y habiendo examinado la ley que exige que todo andamio, plataforma u otro aparato similar, usado en la construcción, reparación, etc., de casas, puentes, etc., irá cercado por un seto y una barandilla de seguridad, formando ángulo recto, cerrado hasta la altura de 36 pulgadas sobre el piso o parte superficial de dicho andamio o plataforma, extendiéndose a lo largo hasta sus extremos, sólidamente construído y de tal modo firme y asegurado, que no sea posible su desprendimiento del edificio o construcción, y que prescribe que cualquier persona o el administrador, superintendente, capataz, mayordomo o representante de dicha obra que infrinja la ley será castigado con multa mínima de $25, o cárcel por un término máximo de sesenta días, opinamos que debe confirmarse la sentencia recurrida.

*Confirmada la sentencia recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Aldrey y Hutchison.

El Juez Asociado Sr. Wolf no intervino en la vista y resolución de este caso.